1

2

3

4

5

6

7                   IN THE UNITED STATES DISTRICT COURT

8               FOR THE EASTERN DISTRICT OF CALIFORNIA

9 MICHAEL STANFORD,

10           Plaintiff,                No. CIV S-10-2298 GGH P

11     vs.

12 RAMIREZ, et al.,

13           Defendants.          <u>ORDER</u>

14 _____/

15         Plaintiff, a state prisoner at Kern Valley State Prison has filed a document styled

16 as a letter seeking to stop the mistreatment of inmates.  No other pleadings have been filed by the

17 plaintiff.  In order to commence an action, plaintiff must file a complaint as required by Rule 3 of

18 the Federal Rules of Civil Procedure, and plaintiff must either pay the required filing fee or file

19 an application requesting leave to proceed in forma pauperis.[1]  <u>See</u> 28 U.S.C. §§ 1914(a),

20 1915(a).  The court will not issue any orders granting or denying relief until an action has been

21 properly commenced.  Therefore, plaintiff's motion will be denied without prejudice.  Plaintiff

22 will be provided the opportunity to file his complaint, and to submit an application requesting

23 leave to proceed in forma pauperis or to submit the appropriate filing fee.

24 /////

25 _____

26      [1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments.

1        In accordance with the above, IT IS HEREBY ORDERED that:

2        1.  Plaintiff's August 26, 2010 letter (Doc. 1) is denied without prejudice;

3        2.  Plaintiff is granted twenty-eight days from the date of service of this order to

4  file a complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of

5  Civil Procedure, and the Local Rules of Practice; the complaint must bear the docket number

6  assigned this case; plaintiff must file an original and two copies of the complaint.  Plaintiff shall

7  also submit, within twenty-eight days from the date of this order, the application to proceed in

8  forma pauperis on the form provided by the Clerk of Court, or the filing fee in the amount of

9  $350.00.  Plaintiff's failure to comply with this order will result in a recommendation that this

10  matter be dismissed; and

11        3.  The Clerk of the Court is directed to send plaintiff the court's form for filing a

12  civil rights action, and the application to proceed in forma pauperis by a prisoner.

13  DATED: September 29, 2010

14

15        /s/ Gregory G. Hollows

16        GREGORY G. HOLLOWS
      UNITED STATES MAGISTRATE JUDGE

17  GGH:AB
   stan2298.nocomplaint

18

19

20

21

22

23

24

25

26